IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GLEN RODGERS, JR., on behalf of himself and all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>**SILVERTIP COMPLETION SERVICES OPERATING, LLC and WILLIAM MICHAEL WOOD**<br><br>*Defendants.* | Civil Action 1:20-cv-896-SWS-MLC<br><br>Jury Trial Demanded |

### ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

On this date came on to be considered the parties' Joint Motion to Dismiss Plaintiff's Claims With Prejudice. After considering the papers on file with the Court, including the Order Approving Settlement and Dismissing Claims issued by the Honorable David Counts in the Western District of Texas in *Moreno v. Silvertip Completion Services Operating, LLC*, Case No. 7:19-240, the Court dismisses the above action with prejudice, without right of appeal and without costs and fees.

SIGNED this 27th day of Jan., 2021.

_____
Judge Presiding